

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| DEANNA MARIE CASTILLO EVERETT, | § | No. 08-17-00260-CV |
|  | § | Appeal from the |
| Appellant, | § | 394th District Court |
| v. | § | of Brewster County, Texas |
| HERMAN DWAYNE EVERETT, | § | (TC# 2017-06-B66-CV) |
| Appellee. | § |  |

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss her appeal asserting she conducted further research and concluded that her appeal lacked merit. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. As requested by Appellant, costs of the appeal are taxed against Appellant. TEX.R.APP.P. 42.1(d).


GINA M. PALAFOX, Justice

July 22, 2019

Before McClure, C.J., Rodriguez, and Palafox, JJ.